IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

DIANE POWERS,

    Plaintiff,

v.

SELCO COMMUNITY CREDIT UNION,

    Defendant.

No. 6:15-cv-00292-MC

VERDICT

MCSHANE, Judge:

We, the jury, being first duly empanelled and sworn in the above-entitled cause, do unanimously find as follows:

1. Has plaintiff Diane Powers proven by a preponderance of the evidence that the defendant SELCO Community Credit Union negligently failed to perform a reasonable investigation into plaintiff's credit dispute?

    Yes  \_\_\_\_\_

    No   ✓

If your answer to question 1 is "Yes," proceed to question 2. If your answer to question 1 is "No," your verdict is for defendant SELCO Community Credit Union. Do not answer further questions. Your presiding juror should sign and date this verdict.

1 – Verdict

2. Has plaintiff Diane Powers proven by a preponderance of the evidence that she was harmed by defendant SELCO Community Credit Union's failure to perform a reasonable investigation into her credit dispute?

      Yes   \_\_\_\_\_

      No   \_\_\_\_\_

If your answer to question 2 is "Yes," your verdict is for plaintiff Diane Powers and you must proceed to question 3. If your answer to question 2 is "No," Your verdict is for defendant SELCO Community Credit Union. Do not answer further questions. Your presiding juror should sign and date this verdict.

3. What amount of damages has plaintiff proven by a preponderance of the evidence she suffered as a result of defendant's failure to perform a reasonable investigation into her credit dispute?

      $_____

Please have your foreperson sign and date this Verdict.

DATED this __22__ day of February, 2016.

                                      _____

                                               Foreperson

2 – Verdict