IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

DIANE POWERS,

    Plaintiff,

v.

SELCO COMMUNITY CREDIT UNION, et al.,

    Defendant.

Civ. No. 6:15-CV-00292-MC

JUDGMENT

MCSHANE, Judge:

Based on the jury's verdict, judgment for defendant.

IT IS SO ORDERED.

DATED this 29th day of March, 2017.

        /s/ Michael J. McShane
        Michael McShane
        United States District Judge